1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   JUDITH S.H. HOM (203482)
3  jhom@mwe.com
   275 Middlefield Road, Suite 100
4  Menlo Park, CA 94025
   Telephone:    (650) 815-7400
5  Facsimile:    (650) 815-7401

6  Attorneys for *Geron Corporation*

7  BARTKO, ZANKEL, TARRANT & MILLER
   Benjamin K. Riley (112007)
8  briley@bztm.com
   Jayne Laiprasert (256930)
9  jlaiprasert@bztm.com
   900 Front Street, Suite 300
10 San Francisco, California 94111
   Telephone: (415) 956-1900
11 Facsimile: (415) 956-1152

12 ROTHWELL, FIGG, ERNST & MANBECK, P.C.
   R. Danny Huntington (*pro hac vice*)
13 dhuntington@rfem.com
   Sharon E. Crane (*pro hac vice*)
14 scrane@rfem.com
   Seth E. Cockrum (*pro hac vice*)
15 scockrum@rfem.com
   607 14th Street, N.W., Suite 800
16 Washington, D.C. 2005
   Telephone: (202) 783-6040
17 Facsimile: (202) 783-6031

18 Attorneys for *ViaCyte, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERON CORPORATION, a Delaware corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>VIACYTE, INC., a Delaware corporation,<br><br>         Defendant. | Case No.  C-12-4813 EMC<br><br>**STIPULATION AND [P~~ROP~~OSED] ORDER SELECTING ADR PROCESS** |

DM_US 40266745-1.091700.0011

**STIPULATION AND ORDER re ADR PROCESS**
**CASE NO. C-12-4813 EMC**

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.
3  The parties agree to participate in Court Process Mediation under ADR L.R. 6-3.
4  The parties agree to hold the ADR session by June 30, 2013.

Dated: December 13, 2012    MCDERMOTT WILL & EMERY, LLP

By: */s/ Judith S.H. Hom*
    Judith S.H. Hom

*Attorneys for Plaintiff*

Dated: December 13, 2012    BARTKO, ZANKEL, TARRANT & MILLER

By: */s/ Benjamin K. Riley*
    Benjamin K. Riley

Dated: December 13, 2012    ROTHWELL, FIGG, ERNST & MANBECK

By: */s/ R. Danny Huntington*
    R. Danny Huntington

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Benjamin K. Riley and R. Danny Huntington indicated by a "conformed" signatures (/s/) within this e-filed document.

*/s/ Judith S.H. Hom*
Judith S.H. Hom

-oOo-

**ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: 12/18/12

HONORABLE
Judge of the United States District Court

IT IS SO ORDERED
Judge Edward M. Chen

**STIPULATION AND ORDER RE ADR PROCESS**
**CASE NO. C-12-4813 EMC**

DM_US 40266745-1.091700.0011    -1-

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY