Benjamin K. Riley (State Bar No. 112007)
briley@bzbm.com
Jayne Laiprasert (State Bar No. 256930)
jlaiprasert@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:   (415) 956-1900
Facsimile:   (415) 956-1152

R. Danny Huntington (*pro hac vice*)
dhuntington@refm.com
Sharon E. Crane (*pro hac vice*)
scrane@refm.com
Seth E. Cockrum (*pro hac vice*)
scockrum@refm.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone:   (202) 783-6040
Facsimile:   (202) 783-6031

Attorneys for Defendant
VIACYTE, INC.

Michael J. Malecek (State Bar No. 171034)
michael.malecek@kayescholer.com
Sean Boyle (State Bar No. 238128)
sean.boyle@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone:   (650) 319-4500
Facsimile:   (650) 319-4700

Attorneys for Plaintiff
ASTERIAS BIOTHERAPEUTICS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTERIAS BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIACYTE, INC., <br><br> Defendant. | Case No. 12-cv-04813-WHO <br><br> **STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2; ORDER** |

WHEREAS, on September 13, 2012, Geron Corporation ("Geron") filed the complaint in this action against Defendant ViaCyte, Inc. ("ViaCyte" or "Defendant") pursuant to 35 U.S.C. §146 (D.I. 1);

WHEREAS, on January 3, 2013, a Case Management Conference was held in this case before Judge Edward M. Chen. The Court ordered that ViaCyte was to file a motion to define the scope of the case and discovery by February 21, 2013, that Plaintiff Geron was to file its opposition by March 7, 2013, that ViaCyte was to file its reply by March 14, 2013, and that a hearing on the preceding motion and a further Case Management Conference be set for April 4, 2013 (D.I. 31);

WHEREAS, prior to reassignment of this case to the undersigned, counsel met, conferred, and agreed that dates for mediation, Motion to Define Scope of Case and Discovery, Opposition to the Motion to Define the Scope, Reply to the Motion to Define the Scope, and the Case Management Conference be extended until the earlier of (a) 30 days after the close of the Transaction by which Geron divested its stem cell assets to current Plaintiff Asterias or (b) 31 days after September 30, 2013, as follows:

| Event | Dates |
|---|---|
| Motion to Define Scope | October 31, 2013 |
| Opposition to Motion to Define Scope | November 14, 2013 |
| Reply to Motion to Define Scope | November 21, 2013 |
| Case Management Conference | December 5, 2013 |
| Mediation Completion (ADR L.R. 6-3) | February 28, 2014 |

WHEREAS, the parties jointly filed a Stipulated Request for Enlarging Time Pursuant to Civ. L.R. 6-2 (D.I. 32) on January 16, 2013, and Judge Edward M. Chen granted said request on January 25, 2013 (D.I. 33);

WHEREAS, the present case was reassigned to the Honorable William H. Orrick on June 27, 2013;

1

WHEREAS, the Reassignment Order and Order Requiring Submission of Case Management Statement dated June 27, 2013 vacated the above previously granted dates with the exception of the Mediation Completion date of February 28, 2014;

WHEREAS, counsel for then Plaintiff Geron and ViaCyte met, conferred and agreed that the previously ordered dates by Judge Chen for mediation, filing the Motion to Define Scope of Case and Discovery, Opposition to the Motion to Define Scope, and Reply to the Motion to Define Scope, be maintained.  The parties proposed an additional date of December 11, 2013 to hear the Motion to Define Scope, and proposed resetting the date for the Case Management Conference to January 7, 2013;

WHEREAS, the parties jointly filed a Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2 on August 5, 2013 (D.I. 37);

WHEREAS, the Court granted the parties' Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2 on August 6, 2013 (D.I. 38), and applied the following dates:

| Event | Dates |
| --- | --- |
| Motion to Define Scope | October 31, 2013 |
| Opposition to Motion to Define Scope | November 14, 2013 |
| Reply to Motion to Define Scope | November 21, 2013 |
| Hearing for Motion to Define Scope | December 11, 2013 |
| Case Management Conference | January 7, 2014 |
| Mediation Completion (ADR L.R. 6-3) | February 28, 2014 |

WHEREAS, Counsel further agreed that all discovery should be stayed until ordered by the Court after the next Case Management Conference;

WHEREAS, on October 1, 2013, Asterias Biotherapeutics, Inc. ("Asterias") was substituted in as Plaintiff in place of Geron pursuant to Fed. R. Civ. P. 25(c) (D.I. 40);

WHEREAS, on October 31, 2013, ViaCyte filed its Motion to Define Scope of Case and Discovery (D.I. 48);

WHEREAS, on November 14, 2013, Asterias filed its Opposition to Motion to Define Scope of Case and Discovery (D.I. 49);

WHEREAS, on November 21, 2013, ViaCyte filed its Reply to the Asterias Opposition to Motion to Define Scope of Case and Discovery (D.I. 50);

WHEREAS, on November 26, 2013, Counsel for Plaintiff Asterias and Defendant ViaCyte conferred and agreed to hold the mediation in this matter on Tuesday, February 25, 2014, so that they could have the benefit of receiving this Court's Order on the Motion to Define Scope of Case and Discovery in advance of the mediation. The parties proposed to reset the date for the Case Management Conference for after the mediation — to Tuesday, March 18, 2014 — in order to better inform the Court of the status of the case.

WHEREAS, on December 5, 2013, Counsel for Plaintiff Asterias and Defendant ViaCyte jointly filed a Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2 (D.I. 51);

WHEREAS, the Court granted the parties' Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2 on December 6, 2013 (D.I. 52), and applied the following dates:

| Event | Dates |
| --- | --- |
| Hearing for Motion to Define Scope | December 11, 2013 |
| Mediation Completion (ADR L.R. 6-3) | February 28, 2014 |
| Case Management Conference | March 18, 2014 |

WHEREAS, the principals for Plaintiff Asterias and Defendant ViaCyte are currently engaged in ongoing potential settlement discussions. The principals met in person on February 11, 2014 to discuss potential resolution, and are continuing to meet in good faith. Consequently, the parties are proposing to reset the dates for completion of mediation pursuant to ADR L.R. 6-3 and the Case Management Conference so that the parties may have an opportunity to more fully explore the ongoing efforts to resolve the case before mediation and for the Case Management Conference to be held after the mediation in order to better inform the Court of the status of the case. Pending this Court's agreement to a short postponement, counsel for the parties have agreed to hold the mediation in this matter on Monday, April 21, 2014.

3

Accordingly, the parties respectfully request that the following dates apply:

| Event | Dates |
| --- | --- |
| Case Management Conference | April 22, 2014 |
| Mediation Completion (ADR L.R. 6-3) | April 30, 2014 |

NOW THEREFORE, IT IS STIPULATED AND AGREED that the date for the Case Management Conference be reset to April 22, 2014. The following dates would therefore apply:

| Event | Dates |
| --- | --- |
| Case Management Conference | April 22, 2014 |
| Mediation Completion (ADR L.R. 6-3) | April 30, 2014 |

**SO STIPULATED** this 13th day of February 2014.

KAYE SCHOLER LLP

By: */s/ Michael J. Malecek*
    Michael J. Malecek

Attorneys for Plaintiff
ASTERIAS BIOTHERAPEUTICS, INC.

BARTKO, ZANKEL, BUNZEL & MILLER
ROTHWELL, FIGG, ERNST & MANBECK PC

By: */s/ Jayne Laiprasert*
    Jayne Laiprasert

Attorneys for Defendant
VIACYTE, INC.

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(b), I hereby attest that concurrence has been obtained from Michael J. Malecek indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Jayne Laiprasert*
Jayne Laiprasert

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: February 14, 2014

The Hon. William H. Orrick
Judge of the United States District Court