| | |
|---|---|
| Michael J. Malecek (State Bar No. 171034)<br>Email address:<br>michael.malecek@kayescholer.com<br>Sean Boyle (State Bar No. 238128)<br>Email address: sean.boyle@kayescholer.com<br>K. Nicole. Buck (State Bar No. 291900)<br>Email address: nicole.buck@kayescholer.com<br>KAYE SCHOLER LLP<br>Two Palo Alto Square, Suite 400<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Telephone:  (650) 319-4500<br>Facsimile:  (650) 319-4700<br><br>Attorneys for Plaintiff<br>ASTERIAS BIOTHERAPEUTICS, INC. | Benjamin K. Riley (State Bar No. 112007)<br>Email address: briley@bzbm.com<br>Jayne Laiprasert (State Bar No. 256930)<br>Email address: jlaiprasert@bzbm.com<br>BARTKO, ZANKEL, BUNZEL & MILLER<br>One Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>Telephone:  (415) 956-1900<br>Facsimile:  (415) 956-1152<br><br>R. Danny Huntington (*pro hac vice*)<br>Email address: dhuntington@refm.com<br>Sharon E. Crane (*pro hac vice*)<br>Email address: scrane@refm.com<br>Seth E. Cockrum (*pro hac vice*)<br>Email address: scockrum@refm.com<br>ROTHWELL, FIGG, ERNST & MANBECK, PC<br>607 14th Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone:  (202) 783-6040<br>Facsimile:  (202) 783-6031<br><br>Attorneys for Defendant<br>VIACYTE, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASTERIAS BIOTHERAPEUTICS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>VIACYTE, INC.,<br><br>        Defendant. | Case No. 12-cv-04813-WHO<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2; ORDER** |

WHEREAS, on February 13, 2014, Counsel for Plaintiff Asterias and Defendant ViaCyte jointly filed a Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2 (D.I. 55) in order to modify the schedule to accommodate ongoing settlement discussions.

WHEREAS, on February 14, 2014, the Court set the following schedule (D.I. 56):

| Event | Dates |
| --- | --- |
| Case Management Conference | April 22, 2014 |
| Mediation Completion (ADR L.R. 6-3) | April 30, 2014 |

WHEREAS, the principals for Plaintiff Asterias and Defendant ViaCyte have continued to engage in ongoing potential settlement discussions.  Party representatives met in person on February 19, 2014 and principals are continuing to confer in good faith.  Consequently, the parties are proposing to reset the dates for completion of mediation pursuant to ADR L.R. 6-3, and the Case Management Conference so that the parties may have an opportunity to more fully explore the ongoing efforts to resolve the case before mediation and for the Case Management Conference to be held after the mediation in order to better inform the Court of the status of the case.  Pending this Court's agreement to a short postponement, counsel for the parties have agreed to hold the mediation in this matter on Monday, June 9, 2014.

WHEREAS, although the parties have jointly requested previous modifications of time (*see* D.I. 32, 37, 51, and 55), the current proposed modification to the dates set for the Case Management Conference and Mediation Completion will not affect any other currently set dates.

Accordingly, the parties respectfully request that the following dates apply:

| Event | Dates |
| --- | --- |
| Case Management Conference | June 10, 2014 |
| Mediation Completion (ADR L.R. 6-3) | June 30, 2014 |

NOW THEREFORE, IT IS STIPULATED AND AGREED that the date for the Case Management Conference be reset to June 10, 2014.  The following dates would therefore apply:

1

STIPULATED REQUEST FOR ORDER ENLARGING TIME                                              C-12-4813 WHO

| Event | Dates |
|---|---|
| Case Management Conference | June 10, 2014 |
| Mediation Completion (ADR L.R. 6-3) | June 30, 2014 |

**SO STIPULATED** this 1st day of April 2014.

KAYE SCHOLER LLP

By: */s/ Michael J. Malecek*
       Michael J. Malecek

Attorneys for Plaintiff
ASTERIAS BIOTHERAPEUTICS, INC.

BARTKO, ZANKEL, BUNZEL & MILLER
ROTHWELL, FIGG, ERNST & MANBECK PC

By: */s/ Jayne Laiprasert*
       Jayne Laiprasert

Attorneys for Defendant
VIACYTE, INC.

-oOo-

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(b), I hereby attest that concurrence has been obtained from Benjamin K. Riley indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Michael J. Malecek*
Michael J. Malecek

-oOo-

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. The Court is **very** unlikely to continue this matter further, and expects a Joint Case Management Statement to be filed by the parties on or before June 3, 2014 that sets forth a proposed case management schedule in the event the case does not settle prior to that date.

Dated: April 2, 2014

HON. WILLIAM H. ORRICK
Judge of the United States District Court