Benjamin K. Riley (State Bar No. 112007)
briley@bzbm.com
Jayne Laiprasert (State Bar No. 256930)
jlaiprasert@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:      (415) 956-1900
Facsimile:      (415) 956-1152

R. Danny Huntington (*pro hac vice*)
dhuntington@rfem.com
Sharon E. Crane (*pro hac vice*)
scrane@rfem.com
Seth E. Cockrum (*pro hac vice*)
scockrum@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14ᵗʰ Street, N.W., Suite 800
Washington, D.C. 20005
Telephone:      (202) 783-6040
Facsimile:      (202) 783-6031

Attorneys for Defendant
VIACYTE, INC.

Michael J. Malecek (State Bar No. 171034)
michael.malecek@kayescholer.com
Sean Boyle (State Bar No. 238128)
sean.boyle@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:      (650) 319-4500
Facsimile:      (650) 319-4700

Attorneys for Plaintiff
ASTERIAS BIOTHERAPEUTICS, INC.

BARTKO ZANKEL BUNZEL
BARTKO · ZANKEL · BUNZEL · MILLER
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTERIAS BIOTHERAPEUTICS, INC., ) | Case No. 12-cv-04813-WHO |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| ) | |
| v. ) | |
| ) | |
| VIACYTE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

2414.000/816391

Plaintiff Asterias Biotherapeutics, Inc. ("Asterias") and Defendant ViaCyte, Inc. ("ViaCyte") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

**WHEREAS** on May 23, 2014, the Parties entered into a Settlement and License Agreement (the "Settlement Agreement") fully resolving and settling this matter, including each Parties' respective claims and counterclaims in the above-captioned suit; and

**WHEREAS** the Parties have agreed to each bear their own costs of suit and attorneys' fees;

**ACCORDINGLY**, pursuant to this Stipulation and the Parties' Settlement Agreement, the Parties request that the Court enter the Order below dismissing this action with prejudice.

**SO STIPULATED** this 28th day of May, 2014.

KAYE SCHOLER LLP

By:  _/s/ Michael J. Malecek_
        Michael J. Malecek

Attorneys for Plaintiff
ASTERIAS BIOTHERAPEUTICS, INC.

BARTKO, ZANKEL, BUNZEL & MILLER
ROTHWELL, FIGG, ERNST & MANBECK PC

By:  _/s/ Benjamin K. Riley_
        Benjamin K. Riley

Attorneys for Defendant
VIACYTE, INC.

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(b), I hereby attest that concurrence has been obtained from Michael J. Malecek indicated by a "conformed" signature (/s/) within this e-filed document.

_/s/ Benjamin K. Riley_
        Benjamin K. Riley

BARTKO ZANKEL BUNZEL
BARTKO · ZANKEL · BUNZEL · MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

1

2414.000/816391

**ORDER**

PURSUANT TO STIPULATION, **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.

It is **FURTHER ORDERED** that each party shall bear its own costs and attorneys' fees.

Dated: May 28, 2014



The Hon. William H. Orrick
Judge of the United States District Court

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER
Case No. 12-4813 WHO

2414.000/816391

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152